```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23804
   KENNETH PIEHL
   JENNIFER PIEHL                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6693    SSN XXX-XX-6267
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/18/07 and confirmed on 03/13/08.

   2.  The case was dismissed after confirmation, 09/05/2008.

   3.  The Debtor paid a total of $   7725.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1824.49 | .00 | 586.91 |
| BANK OF AMERICA NA | SECURED | .00 | .00 | .00 |
| GREEN TREE | MORTGAGE ARRE | 296.00 | .00 | 95.22 |
| UNIVERSAL MTGE CORP | SECURED | .00 | .00 | .00 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | .65 | 60.15 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | .67 | 54.91 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| UNITED EDUCATORS CREDIT | SECURED VEHIC | 30000.00 | 213.32 | 1966.31 |
| UNITED EDUCATORS CREDIT | SECURED VEHIC | 4500.00 | 33.38 | 344.66 |
| UNITED EDUCATORS CREDIT | SECURED | 5088.48 | 37.73 | 392.12 |
| UNITED EDUCATORS CREDIT | SECURED VEHIC | 1949.29 | 13.71 | 148.21 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| AMERIQUEST | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1454.86 | .00 | .00 |
| ARROWHEAD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8842.59 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 747.08 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 636.84 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CAPITAL ONE BANK | UNSECURED | 780.30 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 736.34 | .00 | .00 |
| CASHCALL INC | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 1078.51 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1401.55 | .00 | .00 |
| JOESEPH CAMPOBASSO | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 368.70 | .00 | .00 |

```
FOX RIVER FOOT & ANKLE C  UNSECURED        649.30           .00           .00
GRAINCO FS INC            UNSECURED        638.95           .00           .00
HEIGHTS FINANCE           UNSECURED        484.90           .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED       2484.30           .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED       1629.78           .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED       1281.02           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        307.59           .00           .00
ROUNDUP FUNDING LLC       UNSECURED       2140.69           .00           .00
ROUNDUP FUNDING LLC       UNSECURED       1894.57           .00           .00
LOAN POINT USA            UNSECURED      NOT FILED          .00           .00
MORRIS HOSPITAL           UNSECURED      NOT FILED          .00           .00
MUSIC & ARTS CENTERS      UNSECURED        239.35           .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED        848.04           .00           .00
PERSONAL FINANCE CO       UNSECURED      NOT FILED          .00           .00
PETTY CASH OF ILLINOIS    UNSECURED       2573.99           .00           .00
QUICKCLICK LOANS LLC      UNSECURED       3247.60           .00           .00
RICHARD A FAIERSON        UNSECURED      NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        518.73           .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED        338.80           .00           .00
STANDARD BANK AND TRUST   UNSECURED       1682.44           .00           .00
TOTAL LENDING INC         UNSECURED      NOT FILED          .00           .00
UNITED CASH LOANS         UNSECURED      NOT FILED          .00           .00
UNITED EDUCATORS CREDIT   UNSECURED      11062.20           .00           .00
UNITED EDUCATORS CREDIT   UNSECURED      11120.61           .00           .00
OAK BROOK CENTER FOR HEA  UNSECURED      NOT FILED          .00           .00
DELL FINANCIAL SERVICES   UNSECURED       1624.77           .00           .00
DELL FINANCIAL SERVICES   UNSECURED       2051.03           .00           .00
COTTONWOOD FINANCIAL LTD  UNSECURED        778.06           .00           .00
PREMIER BANKCARD/CHARTER  UNSECURED        428.63           .00           .00
FOX RIVER FOOT & ANKLE C  UNSECURED        427.70           .00           .00
UNITED EDUCATORS CREDIT   UNSECURED       2244.83           .00           .00
UNITED EDUCATORS CREDIT   UNSECURED        264.30           .00           .00
UNITED EDUCATORS CREDIT   UNSECURED       1415.67           .00           .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL     |
|--------------------|----------|----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED | 44058.26 | .00      | 68424.62  | .00   | 112482.88 |
| PRINCIPAL PAID     | 3648.49  | .00      | .00       | .00   | 3648.49   |
| INTEREST PAID      | 299.46   | .00      | .00       | .00   | 299.46    |
| TOTAL PAID         | 3947.95  | .00      | .00       | .00   | 3947.95   |

The Debtor's attorney, KONSTANTINE T SPARAGIS    , was allowed $  3500.00 and was paid $   171.00  direct and $   3329.00  through the plan.

The Trustee received $    448.05 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 07 B 23804 KENNETH PIEHL & JENNIFER PIEHL
```